# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No: 3:06cr26/MCR
    3:08cv315/MCR/MD

ISAAC JEROME SMITH

_____/

## O R D E R

The defendant has filed an application for certificate of appealability and request for permission to proceed without prepayment of fees (doc. 101). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, see *United States v. Futch*, 518 F.3d 887 (11th Cir. 2008), and for the reasons set forth in this court's June 4, 2009 order (doc. 91) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on May 15, 2009 (doc. 89) over defendant's objection (doc. 90), his request for a certificate of appealability is DENIED. Defendant's incorporated motion for leave to proceed *in forma pauperis* (doc. 101) should also be denied as the court finds that the appeal is not taken in good faith and the defendant is not otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3). Defendant shall pay the $455.00 filing fee within thirty days.

**DONE AND ORDERED** this 24th day of July, 2009.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**